# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMUEL DODSON,

        Plaintiff(s),

v.

STATE OF NEVADA, ex rel.
DEPARTMENT OF CORRECTIONS,
et al.,

        Defendant(s).

2:13-CV-787 JCM (VCF)

**ORDER**

Presently before the court is a motion to dismiss filed by defendants Nevada Department of Corrections and Dwight Neven. (Doc. # 17).

This motion requests the dismissal of plaintiff's original complaint. However, after this motion was filed, plaintiff filed an amended complaint. (Doc. # 25).

An amended complaint supersedes the original pleading, making it "non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851,857 (9th Cir. 2011). If a litigant files an amended pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v. Cheryl,* 2013 WL 3943606, at *2 (D. Nev. 2013).

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to dismiss the original complaint (doc. # 17) be, and the same hereby is, DENIED as moot.

DATED June 12, 2014.

_____
**UNITED STATES DISTRICT JUDGE**